AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

JOE MYERESS

*Plaintiff(s)*

v.

Civil Action No. 0:17-cv-62009-DPG

BREG LLC d/b/a BURKHARDT REAL ESTATE GROUP

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BREG LLC by serving its Registered Agent
Alexandre Burkhardt 2691 E. Oakland Park Boulevard
Suite 201A
Ft. Lauderdale, Florida 33303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Julian A. Jackson-Fannin, Esq.**
Florida Bar No.: 0093220
Duane Morris LLP
200 S. Biscayne Boulevard, Suite 3400
Miami, Florida 33131
305.960.2253
JJFannin@duanemorris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 10/13/2017

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court